RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Juan Torres-Esquievel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. No. 1:18-cr-00169-DAD |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING HEARING TO AN EARLIER DATE; ORDER |
| v. | |
| JUAN TORRES-ESQUIEVEL, | |
| Defendant. | |

To the above entitled District Court and the attorneys for the parties:

Please take notice that the parties in the above-entitled case have agreed to advance the sentencing hearing of the defendant JUAN TORRES-ESQUIEVEL ("Mr. Torres") from the currently scheduled date of January 7, 2019, to the new date of December 17, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd. Both parties agree it is reasonable and in the interests of justice to advance the sentencing hearing to the newly stipulated date.

The plea agreement of the parties and the presentence report by the probation department in this case both recommend a "time served" sentence. (*See* Plea Agreement, ECF 20, p. 4:13-14; Presentence Investigation Report, ECF 23, p. 4.) The parties have met and conferred and confirmed that neither has any objection to the presentence report. When Mr. Torres entered his guilty plea on October 22, 2018, the court invited the parties to advance the sentencing hearing if there was no dispute regarding the presentence report

1

| | |
|---|---|
| 1 | and the parties were otherwise ready to proceed with sentencing. That is the case here. |

and the parties were otherwise ready to proceed with sentencing. That is the case here.

For the reasons stated above, the parties stipulate as follows:

1. That Mr. Torres' sentencing hearing be advanced from the currently scheduled date of January 7, 2019, to the new date of December 17, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd.

DATED: 11/20/18          */s/ Laura D. Withers*
                                             Laura D. Withers
                                             Assistant United States Attorney

DATED: 11/20/18          */s/ Richard M. Oberto*
                                             RICHARD M. OBERTO
                                             Attorney for Defendant,
                                             Juan Torres-Esquievel

## **ORDER**

**IT IS HEREBY ORDERED** for good cause showing that the sentencing date of the defendant JUAN TORRES-ESQUIEVEL be advanced from the currently scheduled date of January 7, 2019, to the new date of December 17, 2018, at 10 a.m., in Courtroom 5 of the above-entitled Court, in the Fresno Division, before the Honorable District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **November 26, 2018**                    _____
                                                                            UNITED STATES DISTRICT JUDGE