UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN TORRES ESQUIEVEL,<br><br>Defendant. | Case No. 1:18-cr-00169-DAD-BAM-1<br><br><br><u>ORDER OF RELEASE</u> |

The defendant named above, having been sentenced on December 17, 2018 to CREDIT FOR TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith on this case. There is an Immigration and Customs Enforcement HOLD. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: **December 17, 2018**

_____
UNITED STATES DISTRICT JUDGE